| AO 10<br>Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2009 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Jones, James P. | 2. Court or Organization<br><br>Western District of Virginia | 3. Date of Report<br><br>05/10/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ✓ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>180 West Main Street<br>Rm. 104<br>Abingdon, VA 24210 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

✓   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✓   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2010 MAY 12 A 10:48 FINANCIAL DISCLOSURE OFFICE

Jones, James P.

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P. | 05/10/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | . | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2009 | ▨▨▨▨▨ |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions )*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Virginia CLE | January 7-8, 2009 | Charlottesville, VA | judge at CLE trial advocacy college | transportation, room & meals |
| 2. | American Constitution Society | April 9, 2009 | Charlottesville, VA | speak to student chapter at Univ. of Virginia Law School | meal |
| 3. | | | | , | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P. | 05/10/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ░░░░░ Trust, income beneficiary | D | Dividend | P3 | T | | | | | |
| 2. FBR Gas Utility Index Fund | A | Dividend | J | T | | | | | |
| 3. Berkshire Hathaway B common stock | | None | J | T | | | | | |
| 4. Chevron Corp common stock | C | Dividend | M | T | | | | | |
| 5. Duke Energy common stock | E | Dividend | N | T | | | | | |
| 6. Spectra Energy common stock | D | Dividend | M | T | | | | | |
| 7. Exxon Mobil common stock | D | Dividend | M | T | | | | | |
| 8. IBM common stock | B | Dividend | M | T | | | | | |
| 9. AT&T Inc. common stock | B | Dividend | K | T | | | | | |
| 10. T. Rowe Price Va Bond Fund | A | Dividend | J | T | | | | | |
| 11. T. Rowe Price Summit Muncipal Intermediate Fund | A | Dividend | J | T | | | | | |
| 12. T. Rowe Price Growth Stock Fund | A | Dividend | M | T | | | | | |
| 13. T. Rowe Price New Horizons Fund | A | Dividend | L | T | | | | | |
| 14. T. Rowe Price New Asia Fund | A | Dividend | L | T | | | | | |
| 15. T. Rowe Price Int'l Stock Fund | C | Dividend | M | T | | | | | |
| 16. T. Rowe Price Int'l Stock Fund | B | Dividend | M | T | | | | | |
| 17. T. Rowe Price New Income Fund | E | Dividend | N | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. T. Rowe Price Prime Reserve Fund | D | Dividend | N | T | | | | | |
| 19. T. Rowe Price Science & Tech. Fund | | None | L | T | | | | | |
| 20. T. Rowe Price Blue Chip Growth Fund | A | Dividend | N | T | | | | | |
| 21. T. Rowe Price Equity Index 500 Fund | E | Dividend | O | T | | | | | |
| 22. T. Rowe Price Value Fund | B | Dividend | L | T | | | | | |
| 23. T. Rowe Price Equity Income | B | Dividend | L | T | | | | | |
| 24. Wachovia Bank account | A | Interest | J | T | | | | | |
| 25. TS&W Int'l Equity Portfolio | C | Dividend | M | T | Buy (add'l) | 12/30/09 | J | | |
| 26. 3M Co common stock | A | Dividend | K | T | Sold (part) | 6/11/09 | J | A | |
| 27. Abbott Laboratories common stock | A | Dividend | K | T | | | | | |
| 28. Ameriprise Financial Inc common stock | A | Dividend | J | T | Buy | 10/2/09 | J | | |
| 29. Amgen Inc. common stock | | None | J | T | | | | | |
| 30. Anadarko Petroleum Corp common stock | A | Dividend | J | T | Buy | 5/22/09 | J | | |
| 31. ATT&T Inc common stock | | None | J | T | Buy | 8/3/09 | J | | |
| 32. Assurant Inc common stock | A | Dividend | | | Sold | 5/20/09 | J | A | |
| 33. Bank of America common stock | A | Dividend | | | Sold | 2/19/09 | J | A | |
| 34. Baxter International common stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  Becton Dickinson & Co common stock | A | Dividend | | | Sold | 5/1/09 | J | A | |
| 36.  BMC Software Inc. common stock | | None | | | Sold | 11/2/09 | K | D | |
| 37.  Burlington Northern Santa Fe common stock | A | Dividend | | | Sold | 11/17/09 | K | D | |
| 38.  Caterpillar Inc. common stock | A | Dividend | | | Sold | 2/17/09 | K | D | |
| 39.  Centerpoint Energy Inc common stock | | None | J | T | | | | | |
| 40.  Chevron Corp common stock | A | Dividend | K | T | | | | | |
| 41.  Chubb Corp common stock | A | Dividend | J | T | Buy | 7/22/09 | J | | |
| 42.  Cisco Systems Inc common stock | | None | | | Sold | 8/27/09 | J | A | |
| 43.  Comcast Corp common stock | | None | | | Sold | 10/30/09 | J | A | |
| 44.  Conocophillips common stock | A | Dividend | | | Sold | 6/25/09 | J | A | |
| 45.  Corning Inc common stock | A | Dividend | | | Sold | 12/12/09 | J | A | |
| 46.  Cummins Inc common stock | A | Dividend | J | T | | | | | |
| 47.  Deere & Co common stock | A | Dividend | K | T | | | | | |
| 48.  Deutsche Telekom AG ADR | A | Dividend | | | Sold | 8/3/09 | J | A | |
| 49.  Disney Walt Co common stock | | None | K | T | | | | | |
| 50.  Dominion Resources Inc common stock | A | Dividend | J | T | | | | | |
| 51.  Dreamworks Animation Inc Class A common stock | | None | J | T | Buy | 12/10/09 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. Dun & Bradstreet Corp common stock | A | Dividend | | | Buy | 6/11/09 | J | | |
| 53. | | | | | Sold | 9/30/09 | J | A | |
| 54. EMC Corp Mass common stock | | None | J | T | Buy | 8/28/09 | J | | |
| 55. Emerson Electric Co common stock | A | Dividend | J | T | | | | | |
| 56. Ford Motor Co common stock | | None | J | T | Buy | 11/3/09 | J | | |
| 57. Foster Wheeler common stock | | None | J | T | | | | | |
| 58. Freeport McMoran Copper common stock | A | Dividend | K | T | Sold (part) | 8/19/09 | J | A | |
| 59. Gap Inc common stock | A | Dividend | J | T | Buy | 8/28/09 | J | | |
| 60. General Electric Co. common stock | A | Dividend | J | T | | | | | |
| 61. Goldman Sachs Group common stock | A | Dividend | K | T | | | | | |
| 62. Harris Corp common stock | A | Dividend | | | Sold | 5/12/09 | J | A | |
| 63. Harris Stratex Networks Inc common stock | | None | | | Spinoff (from line 62) | 5/27/09 | J | | |
| 64. | | | | | Sold | 8/24/09 | J | A | |
| 65. Hewlett Packard Co. common stock | A | Dividend | K | T | | | | | |
| 66. Heinz H J Co common stock | A | Dividend | J | T | Sold (part) | 4/22/09 | J | A | |
| 67. Hospira common stock | | None | J | T | | | | | |
| 68. IBM common stock | A | Dividend | K | T | Sold (part) | 8/27/09 | J | A | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | · | | | | Buy (add'l) | 12/10/09 | J | | |
| 70. Ingersoll-Rand Company common stock | A | Dividend | J | T | | | | | |
| 71. Intel Corp | A | Dividend | K | T | Buy | 5/1/2009 | K | | |
| 72. ITT Corp common stock | | None | J | T | Buy | 11/17/09 | J | | |
| 73. Johnson & Johnson common stock | A | Dividend | J | T | | | | | |
| 74. JPMorgan Chase & Co common stock | A | Dividend | J | T | | | | | |
| 75. Kroger Co common stock | A | Dividend | | | Sold | 9/22/09 | J | A | |
| 76. L-3 Communications Hldgs common stock | A | Dividend | J | T | Sold (part) | 6/11/09 | J | A | |
| 77. Laboratory Corp of America common stock | | None | J | T | | | | | |
| 78. Lowes Cos Inc common stock | A | Dividend | J | T | | | | | |
| 79. Macy's Inc common stock | A | Dividend | J | T | Buy | 3/19/09 | J | | |
| 80. | | | | | Sold (part) | 8/7/09 | J | | |
| 81. Manulife Financial Corp common stock | A | Dividend | J | T | | | | | |
| 82. Marvell Tech Group Ltd common stock | | None | K | T | Buy | 4/01/09 | J | | |
| 83. | | | | | Buy (add'l) | 4/22/09 | J | | |
| 84. | | | | | Sold (part) | 9/10/09 | J | | |
| 85. Mastercard Inc common stock | A | Dividend | | | Buy | 2/20/09 | J | | |

---

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold | 11/5/09 | J | C | |
| 87. Metlife common stock | | None | J | T | | | | | |
| 88. Monsanto Co. common stock | A | Dividend | K | T | Buy | 1/27/09 | K | | |
| 89. Morgan Stanley common stock | A | Dividend | J | T | Buy | 5/20/09 | J | | |
| 90. Nestle SA ADR | A | Dividend | K | T | | | | | |
| 91. Nintendo Ltd ADR | | None | J | T | | | | | |
| 92. Noble Corp common stcok | A | Dividend | J | T | | | | | |
| 93. Nokia Corp ADR | A | Dividend | | | Sold | 8/27/09 | J | A | |
| 94. Norfolk Southern common stock | A | Dividend | J | T | Sold (part) | 12/10/09 | J | A | |
| 95. Occidental Petroleum Corp common stock | A | Dividend | K | T | Buy | 6/25/09 | J | | |
| 96. Oracle Corp common stock | A | Dividend | K | T | Buy | 2/17/09 | J | | |
| 97. | | | | | Buy (add'l) | 2/17/09 | J | | |
| 98. Pfizer Inc common stock | A | Dividend | K | T | Buy | 2/3/09 | J | | |
| 99. | | | | | Buy (add'l) | 2/17/09 | J | | |
| 100. Philip Morris Intl Inc common stock | | None | J | T | Sold (part) | 4/1/09 | J | A | |
| 101. PPL Corp common stock | A | Dividend | J | T | | | | | |
| 102. Praxair, Inc common stock | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Prictor & Gamble common stock | A | Dividend | K | T | | | | | |
| 104. Prudential Financial Inc common stock | A | Dividend | J | T | Buy | 11/6/09 | J | | |
| 105. Quest Diagnostic Inc common stock | A | Dividend | J | T | | | | | |
| 106. Republic Svcs Inc common stock | A | Dividend | J | T | | | | | |
| 107. Reseach in Motion Ltd common stock | | None | J | T | Buy | 12/10/09 | J | | |
| 108. Rio Tinto PLC sponsored ADR | A | Dividend | J | T | | | | | |
| 109. Reynolds American Inc common stock | | None | J | T | Buy | 11/2/09 | J | | |
| 110. Schlumberger Ltd common stock | A | Dividend | K | T | | | | | |
| 111. Siemans A G ADR | | None | J | T | | | | | |
| 112. Suntrust Banks Inc common stock | A | Dividend | K | T | | | | | |
| 113. Symantec Corp common stock | | None | K | T | | | | | |
| 114. Target Corp common stock | A | Dividend | K | T | | | | | |
| 115. Total SA sponsored ADR | A | Dividend | K | T | | | | | |
| 116. UnitedHealth Group Inc common stock | | None | J | T | Buy | 12/30/09 | J | | |
| 117. Unted States Steel Corp | A | Dividend | K | T | Buy | 10/30/09 | J | | |
| 118. Verizon Comm. common stock | A | Dividend | J | T | | | | | |
| 119. Wal-Mart Stores common stock | A | Dividend | | | Sold | 11/2/09 | J | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. Wells Fargo & Co common stock | A | Dividend | J | T | | | | | |
| 121. Willis Group Holdings common stock | | None | J | T | | | | | |
| 122. Yum Brands Inc common stock | A | Dividend | | | Buy | 6/11/09 | J | | |
| 123. | | | | | Sold | 12/10/09 | J | A | |
| 124. Schwab Gov't Money Fund | C | Dividend | M | T | | | | | |
| 125. Arlington Co VA muni bond | A | Interest | | | Sold | 6/1/09 | K | A | |
| 126. Bedford Co VA muni bond | A | Interest | K | T | | | | | |
| 127. Fairfax Co VA muni bond | A | Interest | K | T | | | | | |
| 128. Hampton VA muni bond | A | Interest | K | T | | | | | |
| 129. Henry Co VA muni bond | A | Interest | K | T | | | | | |
| 130. Orange Co VA muni bond | A | Interest | K | T | | | | | |
| 131. Prince William Co VA muni bond | A | Interest | | | Sold | 7/1/09 | K | A | |
| 132. Roanoke VA muni bond | A | Interest | K | T | | | | | |
| 133. Rutherford Co TN muni bond | A | Interest | K | T | | | | | |
| 134. Virginia Comwlth Tr muni bond | A | Interest | K | T | | | | | |
| 135. Virginia St Pub Rev muni bond | B | Interest | L | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P. | 05/10/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544